## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MELANIE MADDEX,                      :

             Plaintiff,       :

                                Case No. 3:10CV159

  vs.                                 :

                                District Judge Thomas M. Rose

MICHAEL J. ASTRUE,                   :    Magistrate Judge Sharon L. Ovington
   Commissioner of the Social
   Security Administration,       :

             Defendant.       :

---

## DECISION AND ENTRY

---

The Court has conducted a *de novo* review of the Report and

Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc.

#11), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b),

and noting that no objections have been filed thereto and that the time for filing

such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said

Report and Recommendations.

IT THEREFORE IS **ORDERED** THAT:

      1.    The Report and Recommendations filed on
             May 2, 2011 (Doc. #11) are ADOPTED in
             full;

2.    The ALJ's decision is VACATED;

3.    No finding is made regarding whether Plaintiff is under a "disability" within the meaning of the Social Security Act;

4.    This matter is REMANDED to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendations and this Decision; and

5.    The case is TERMINATED on the docket of this Court.


May 23,  2011                                     *s/THOMAS M. ROSE*

                                    _____

                                                Thomas M. Rose
                                        United States District Judge