# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MELANIE MADDEX, :

    Plaintiff, :

                                            :     Case No. 3:10cv00159

  vs.                                     :     District Judge Thomas M. Rose
                                                  Magistrate Judge Sharon L. Ovington
MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,                 :     **DECISION AND ENTRY**

                                                :

    Defendant.

    The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #16), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.  It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on December 9, 2011 (Doc. #16) is ADOPTED in full;

    2.    Plaintiff's Application For Attorney Fees Under Equal Access To Justice Act (Doc. #14) is GRANTED;

    3.    Plaintiff is granted an award of attorney fees under 28 U.S.C. §2412(d) in the total amount of $3,650.96; and

    4.    The case remains terminated on the docket of this Court.

December 28, 2011                                   *s/THOMAS M. ROSE*

                                                        Thomas M. Rose
                                                United States District Judge